NELSON LAW GROUP
ROBERT S. NELSON, SBN 220984
rnelson@nelsonlawgroup.net
345 West Portal Avenue, Suite 110
San Francisco, California 94127
Telephone:   (415) 702-9869
Facsimile:   (415) 592-8671

Attorneys for Plaintiffs
NAYNABEN A. PATEL and AMRUTAL PATEL

HANSON BRIDGETT LLP
GILBERT J. TSAI, SBN 247305
gtsai@hansonbridgett.com
JENNIFER A. FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
DANIEL R. LENTZ, SBN 309365
dlentz@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendants
CROWN HOTEL, LLC, SHANTABEN DESAI and ASHOK PATEL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NAYNABEN A. PATEL and AMRUTAL PATEL, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CROWN HOTEL, LLC, a limited liability company; SHANTABEN DESAI, an individual; and ASHOK PATEL, an individual,<br><br>Defendants. | CASE NO. 4:16-cv-05103-DMR<br><br>**STIPULATION DISMISSING ENTIRE CASE WITH PREJUDICE (F.R.C.P. 41(a)(1)(A)(ii)) AND [PROPOSED] ORDER**<br><br>Complaint Filed: September 3, 2016<br>Am. Complaint Filed: December 13, 2016 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Case No. 4:16-cv-05103-DMR
STIPULATION DISMISSING ENTIRE CASE WITH PREJUDICE (F.R.C.P. 41(a)(1)(A)(ii)) AND [PROPOSED] ORDER

13410777.1

1  **IT IS HEREBY STIPULATED**, by and between Plaintiffs NAYNABEN A. PATEL and
2  AMRUTAL PATEL, and Defendants CROWN HOTEL, LLC, SHANTABEN DESAI, and
3  ASHOK PATEL, by and through their respective counsel of record, that the entire above-
4  captioned action be dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring
5  stipulation for voluntary dismissals after responsive pleadings have been filed).
6      IT IS HEREBY SO AGREED.

8  DATED: May 18, 2017      NELSON LAW GROUP

10      By: _____
11      ROBERT S. NELSON
     Attorneys for Plaintiffs
12      NAYNABEN PATEL and AMRUTAL PATEL

14 DATED: May 17, 2017      HANSON BRIDGETT LLP

16      By: _____
17      GILBERT J. TSAI
18      JENNIFER A. FOLDVARY
     DANIEL R. LENTZ
19      Attorneys for Defendants
     CROWN HOTEL, LLC, SHANTABEN DESAI
20      and ASHOK PATEL

21 IT IS SO ORDERED.

23 DATED: _____, 2017

26      THE HONORABLE DONNA M. RYU
     United States Magistrate Judge